UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

        Plaintiff,                    Case No. 1:14-cv-703

v.                                     Honorable Paul L. Maloney

UNKNOWN WAKLEY et al.,

        Defendants.
_____/

## **JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  August 8, 2014              /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge